Filing # 131802545 E-Filed 08/02/2021 07:20:04 AM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| **TERESA ROBERTS,** an individual, | CASE NO.: DIVISION: |
| **Plaintiff,** vs. | |
| **TARGET CORPORATION,** a Foreign Profit Corporation, | |
| **Defendant.** _____/ | |

## COMPLAINT

Plaintiff, TERESA ROBERTS ("Plaintiff"), sues the Defendant, TARGET CORPORATION ("Defendant"), and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs.

2. At all times material, Plaintiff resided in Callahan, Nassau County, Florida.

3. On or about September 21, 2020, Defendant owned, operated, and/or maintained a store located at 13740 Beach Blvd, Jacksonville, Duval County, Florida.

4. At all times material, Plaintiff was a business invitee on Defendant's premises.

5. At all times material, Plaintiff was shopping on the Defendant's premises.

6. At all times material, there was a raised tile on the floor where Plaintiff was walking.

7. The raised tile represented a dangerous condition.

8. The unreasonably dangerous condition was created by Defendant, known to exist by Defendant, and/or had existed for a sufficient length of time such that Defendant should have known of its existence.

9. As Plaintiff was shopping, Plaintiff tripped on the raised tile on the floor, causing her to fall.

10. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the property.

11. Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the raised tile on the floor.

12. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff TERESA ROBERTS demands judgment for damages against Defendant, TARGET CORPORATION and demands a jury trial.

Dated on this 2nd day of August 2021.

LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI

*/s/ Michael K. Roberts*

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
Attorney for Plaintiff